UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

GARGI SHINDE,

                        Plaintiff,    :   ECF CASE

         - against -    :   Civil Action No.: 23-cv-2554

CHAMBER MUSIC AMERICA, INC. (CMA),  :  **NOTICE OF REMOVAL**
KEVIN KWAN LOUCKS, CEO, CMA Executive
Board Member MARGERY HWANG, Board
Chair, CMA Executive Board Member LECOLION
WASHINGTON, Treasurer, CMA Executive Board
Member JENNIFER GRIM, President, CMA
Executive Board Member PETER A. WALKER,
ESQ, COUNSEL for DEFENDANTS

                  Defendants.   :

---------------------------------------------------------------x

**TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO PLAINTIFF AND ITS**

**ATTORNEYS OF RECORD:**

     **PLEASE TAKE NOTICE** that Defendants Chamber Music America, Kevin Kwan

Loucks, Margery Hwang, Lecolion Washington, Jennifer Grim, and Peter A. Walker, Esq. (the

"Defendants") by their attorneys and pursuant to 28 U.S.C. §§ 1331 and 1441, hereby file this

Notice of Removal with respect to the case identified as Shinde v. Chamber Music America, Inc.,

et al., Index No. 650556/2023, filed on December 28, 2022 (the "State Court Action"), from the

Supreme Court of the State of New York, New York County.  In support of this Notice of Removal,

Defendant states as follows:

**The Summons and Complaint**

    1.     On or about December 28, 2022, Plaintiff Gargi Shinde ("Plaintiff") commenced

an action by the filing of a Summons, Complaint, and accompanying exhibits ("Complaint") in the

Supreme Court of the State of New York, New York County, naming Chamber Music America, Inc., Kevin Kwan Loucks, Margery Hwang, Lecolion Washington, Jennifer Grim, and Peter A. Walker as defendants.

2.      Pursuant to 28 U.S.C. § 1447(b), the Summons and Complaint, with exhibits thereto, and Affidavits of Service upon defendants Loucks, Hwang, Washington, Grim, and Walker, constitute "all records and proceedings" in the State Court Action. (A true and correct copy of the foregoing documents is attached to this Notice as "**Exhibit A**.")

**Timeliness of Removal**

3.      On or about March 7, 2023, Plaintiff served Defendant Margery Hwang in the State Court Action.

4.      On or about March 9, 2023, Plaintiff served Defendant Lecolion Washington in the State Court Action.

5.      On or about March 10, 2023, Plaintiff served Defendant Peter A. Walker in the State Court Action.

6.      On or about March 11, 2023, Plaintiff served Defendant Kevin Kwan Loucks in the State Court Action.

7.      On or about March 17, 2023, Plaintiff served Defendant Jennifer Grim in the State Court Action.

8.      As of the date of this filing, Plaintiff has not served Defendant Chamber Music America, Inc. in the State Court Action.

9.      Because Defendants filed this Notice of Removal within 30 days of service to the first served Defendant, Margery Hwang, this Notice of Removal is timely under 28 U.S.C. § 1446(b).

93349772v.1

**Basis for Removal**

10.     The basis for removal is federal question jurisdiction in that Plaintiff's Complaint includes a claim within the original jurisdiction of this Court under 28 U.S.C. § 1331.

11.     Specifically, in this Complaint, Plaintiff alleges, among other things, that Defendants engaged in retaliatory discharge and discrimination in violation of Title VII (of the Civil Rights Act of 1964) and Section 1981. (*See* Complaint at Introductory paragraph, and ¶¶ 1, 7, 13, and 17 (Nature of Action).)

12.     Accordingly, this case is a civil action founded on a claim or right arising under the laws of the United States over which this Court has original jurisdiction, and is therefore one which may be removed from the Supreme Court of New York, County of New York pursuant to 28 U.S.C. § 1441(b).

13.     Each of the Defendants join in and consent to the removal of this action. Accordingly, all defendants who have been properly joined and served join in and consent to the removal of the action, in accordance with 28 U.S.C. § 1446(b)(1).

14.     The Defendants will file written notice of the filing of this Notice of Removal, together with a copy of the Notice of Removal, with the Clerk of the Supreme Court of the State of New York, New York County, to effect removal of this action to this Court pursuant to 28 U.S.C. § 1446(d).

15.     The Defendants reserve all defenses.

WHEREFORE, the Defendants respectfully request that the above-referenced civil action proceed in the United States District Court for the Southern District of New York as an action properly removed thereto.

93349772v.1

Dated: New York, New York
      March 26, 2023

SEYFARTH SHAW LLP

<u>     */s/ James S. Yu*     </u>
James Yu
jyu@seyfarth.com
Marlin Duro-Martinez
mduro-martinez@seyfarth.com
620 Eighth Avenue, 32nd Floor
New York, New York  10018
Phone: (212) 218-5500
Fax: (212) 218-5526

*Attorneys for Defendants*

TO:    Gargi Shinde
       6515 Boulevard East, Apt. 4C
       West New York, NJ 07093

93349772v.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

|  |  |  |
|---|---|---|
| GARGI SHINDE, | : | |
| | : | |
| Plaintiff, | : | 23-cv-2554 |
| | : | |
| - against - | : | |
| | : | |
| CHAMBER MUSIC AMERICA, INC. (CMA), | : | |
| KEVIN KWAN LOUCKS, CEO, CMA Executive | : | |
| Board Member MARGERY HWANG, Board Chair, | : | |
| CMA Executive Board Member LECOLION | : | |
| WASHINGTON, Treasurer, CMA Executive Board | : | |
| Member JENNIFER GRIM, President, CMA | : | |
| Executive Board Member PETER A. WALKER, | : | |
| ESQ, COUNSEL for DEFENDANTS | : | |
| | : | |
| Defendants. | : | |

----------------------------------------------------------------x

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2023, true and correct copies of the foregoing Notice of

Removal with Exhibit A on behalf of the Defendants Chamber Music America, Inc., Kevin Kwan

Loucks, Margery Hwang, Lecolion Washington, Jennifer Grim, and Peter Walker, were served by

Federal Express priority overnight mail and via email on Plaintiff Gargi Shinde:

Gargi Shinde
6515 Boulevard East, Apt. 4C
West New York, NJ 07093
Email: gargi.shinde@gmail.com

Dated: New York, New York             SEYFARTH SHAW LLP
      March 26, 2023


                         */s/ James S. Yu*
                       James Yu

93349772v.1