**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
GARGI SHINDE,

               Plaintiff,

               -against-

CHAMBER MUSIC AMERICA, INC., et al.,

               Defendants.

------------------------------------------------------------x

23-CV-2554 (AT) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held an Initial Case Management Conference on May 24, 2023. As discussed at the conference, the case is hereby **STAYED** pending mediation. The parties shall file a joint status letter upon the conclusion of mediation. The letter shall be filed by counsel for Defendants.

The Clerk of Court is respectfully directed to serve a copy of this order on *pro se* Plaintiff.

**SO ORDERED.**

Dated: May 24, 2023
       New York, New York

                   *s/ Ona T. Wang*
                   **Ona T. Wang**
                   United States Magistrate Judge