**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
GARGI SHINDE,

            Plaintiff,

        -against-

CHAMBER MUSIC AMERICA, INC., et al.,

           Defendants.

------------------------------------------------------------x

23-CV-2554 (AT) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of Defendants' letter. (ECF 41). The Court will hold a Pre-Settlement Conference Call on January 30, 2024, at 2:00 p.m. The dial in information is (866) 390-1828, access code 1582687.

The stay in this case is hereby extended to **January 30, 2024**.

The Clerk of Court is respectfully directed to serve a copy of this order on *pro se* Plaintiff.

**SO ORDERED.**

                                                         *s/ Ona T. Wang*

Dated: December 12, 2023                       **Ona T. Wang**
       New York, New York              United States Magistrate Judge