```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
GARGI SHINDE,                                                :
                                                             :
                    Plaintiff,                               :     23-CV-2554 (AT) (OTW)
                                                             :
              -against-                                      :     ORDER
                                                             :
CHAMBER MUSIC AMERICA, INC., et al.,                         :
                                                             :
                    Defendants.                              :
                                                             :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a Pre-Settlement Conference Call on January 30, 2024. As discussed at the conference, the Court will hold an additional Pre-Settlement Conference Call on **February 7, 2024 at 1:30 p.m**. with Plaintiff's *pro bono* mediation counsel, Susanne Toes Keane (*see* ECF 36), and Defendants' counsel. Plaintiff is not required to attend, but may attend if she wishes. The dial in information is (866) 390-1828, access code 1582687.

The stay in this case is hereby **extended to February 7, 2024**.

Defendants are directed to serve a copy of this order on *pro se* Plaintiff, and on Plaintiff's *pro bono* counsel Ms. Keane.

**SO ORDERED.**

                                                                  *s/ Ona T. Wang*

Dated: January 30, 2024                         **Ona T. Wang**
       New York, New York                United States Magistrate Judge