**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
GARGI SHINDE,

              Plaintiff,

              -against-

CHAMBER MUSIC AMERICA, INC., et al.,

              Defendants.

------------------------------------------------------------x

23-CV-2554 (AT) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a pre-settlement conference call on February 7, 2024. As discussed on the call, the parties are directed to exchange confidential information in aid of settlement, and propose dates for *separate* pre-settlement conference calls in early April, by **March 8, 2024**.

The stay in this case is hereby **EXTENDED** to **April 1, 2024.**

**SO ORDERED.**

Dated: February 7, 2024
       New York, New York

                                                  *s/ Ona T. Wang*
                                                  **Ona T. Wang**
                                                  United States Magistrate Judge