MEMO ENDORSED.



Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York 10018
T (212) 218-5500
F (212) 218-5526

mduro-martinez@seyfarth.com
T (212) 218-3318

www.seyfarth.com

April 22, 2024

**VIA ECF**

Hon. Analisa Torres, U.S.D.J.
U.S. District Court for the Southern District of N.Y.
500 Pearl Street, Courtroom 15D
New York, New York 10007-1312

Re:   **Shinde v. Chamber Music America, Inc., et al.
Case No. 1:23-cv-02554-AT-OTW**

Dear Judge Torres:

This firm represents defendant Peter Walker, Esq. in the above-referenced action. We submit this letter jointly on behalf of all of the Defendants. Consistent with Your Honor's Individual Practices, we write to respectfully request an extension of time to answer or otherwise respond to the Complaint of Plaintiff Gargi Shinde ("Plaintiff"). We make this request **with the consent** of Plaintiff's counsel.

Defendants require additional time to respond to the Complaint because the lead counsel for Mr. Walker, James Yu, has pre-planned travel outside of the country from April 17, 2024 through April 28, 2024. Accordingly, Defendants respectfully request an extension of the deadline to respond to Plaintiff's Complaint from the current deadline of April 29, 2024 up to and including May 14, 2024.

This is Defendants' first request for an extension and does not affect any other scheduled dates. This request is made in good faith and not for the purpose of causing undue delay.

We thank the Court for its consideration of this request.

Respectfully,

SEYFARTH SHAW LLP

/s/ Marlin Duro-Martinez

Marlin Duro-Martinez

cc:   All Counsel (via ECF)

Application **GRANTED.** The deadline for Defendants to respond to Plaintiff's Complaint is extended to **May 14, 2024.**

SO ORDERED.

Ona T. Wang                    4/25/2024
U.S.M.J.