USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _05/02/2024_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARGI SHINDE,

                Plaintiff,

-against-

CHAMBER MUSIC AMERICA, INC. (CMA), KEVIN KWAN LOUCKS, CEO, CMA Executive Board Member MARGERY HWANG, Board Chair, CMA Executive Board Member LECOLION WASHINGTON, Treasurer, CMA Executive Board Member JENNIFER GRIM, President, CMA Executive Board Member PETER A. WALKER, ESQ, COUNSEL for DEFENDANTS,

                Defendants.

23 Civ. 2554 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On May 12 and 15, 2023, Defendants filed motions to dismiss Plaintiff's complaint. ECF Nos. 21, 26. On May 24, 2023, the case was stayed pending mediation. ECF No. 33. On April 5, 2024, the stay was lifted. ECF No. 58. On April 19, 2024, Plaintiff filed an amended complaint as of right pursuant to Federal Rule of Civil Procedure 15(a)(1)(B). ECF No. 60; *see* ECF No. 58.

    Accordingly, Defendants' motions to dismiss Plaintiff's complaint are DENIED as moot. Defendants' deadline to respond to the amended complaint is **May 14, 2024**. ECF No. 62.

    The Clerk of Court is directed to terminate the motions at ECF Nos. 21 and 26.

    SO ORDERED.

Dated: May 2, 2024
       New York, New York

                              ANALISA TORRES
                          United States District Judge