**Seyfarth**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: ___05/13/2024___

jyu@seyfarth.com
T (212) 218-5524

www.seyfarth.com

May 12, 2024

**VIA ECF**

Hon. Analisa Torres, U.S.D.J.
U.S. District Court for the Southern District of N.Y.
500 Pearl Street, Courtroom 15D
New York, New York 10007-1312

Re:   **Shinde v. Chamber Music America, Inc., et al.**
      **Case No. 1:23-cv-02554-AT-OTW**

Dear Judge Torres:

This firm represents defendant Peter Walker, Esq. in the above-referenced action. We submit this letter jointly on behalf of all of the Defendants. Consistent with Your Honor's Individual Practices, we write to respectfully request an extension of time to answer or otherwise respond to the Complaint of Plaintiff Gargi Shinde ("Plaintiff"). We make this request **with the consent** of Plaintiff's counsel.

Defendants need additional time to comply with the Special Rules for Motions to Dismiss, outlined in Section III, B of Your Honor's Individual Practices in Civil Cases. Accordingly, Defendants respectfully request an extension of the deadline from the current deadline of May 14, 2024 up to and including May 28, 2024.

This is Defendants' second request for an extension and does not affect any other scheduled dates. This request is made in good faith and not for the purpose of causing undue delay.

We thank the Court for its consideration of this request.

Respectfully,

SEYFARTH SHAW LLP

*/s/ James S. Yu*

GRANTED.

SO ORDERED.

Dated: May 13, 2024
        New York, New York

ANALISA TORRES
United States District Judge