**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
GARGI SHINDE,

                Plaintiff,

              -against-

CHAMBER MUSIC AMERICA, INC., et al.,

                Defendants.

-------------------------------------------------------------x

23-CV-2554 (AT) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 88 and 89.

Plaintiff's request to strike Defendants' corrected memorandum of law (ECF 88) is **DENIED**.

**SO ORDERED.**

Dated: August 28, 2024
New York, New York

                                         *s/ Ona T. Wang*
                                         **Ona T. Wang**
                                         United States Magistrate Judge