**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
GARGI SHINDE,
:
                Plaintiff,  :       23-cv-2554 (AT) (OTW)
:
         -against-  :       **ORDER**
:
CHAMBER MUSIC AMERICA, INC., et al.,
:
              Defendants.
:
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court will hold a status conference in this matter on **Wednesday, May 21, 2025 at 11:00 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

**Proposed Scheduling Order**. Parties are directed to complete a new Report of Rule 26(f) Meeting and Proposed Case Management Plan, available at https://www.nysd.uscourts.gov/hon-ona-t-wang, and file it via ECF one week before the Conference, i.e., by **Wednesday, May 14, 2025**

      **SO ORDERED.**

Dated: April 22, 2025
      New York, New York

                                      *s/ Ona T. Wang*
                                        **Ona T. Wang**
                                 United States Magistrate Judge