**MEMO ENDORSED.**

# MMP&S

## MILBER MAKRIS PLOUSADIS & SEIDEN, LLP

ATTORNEYS AT LAW

1000 WOODBURY ROAD    SUITE 402    WOODBURY, NY 11797
TELEPHONE: 516.712.4000    FAX: 516.712.4013
HTTP://WWW.MILBERMAKRIS.COM

October 23, 2025

**VIA ECF**
The Honorable Magistrate Judge Ona T. Wang
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:    *Shinde v. Chamber Music America, Inc., et al.*
       Case No. 1:23-cv-02554-AT-OTW

Dear Honorable Magistrate Judge Wang:

We represent the Defendants in this matter and respectfully submit the foregoing correspondence jointly with Counsel for Plaintiff. The parties recently engaged in a mediation before Christopher Kwok, Esq., which took place on October 15, 2025. Although this matter did not reach a resolution at mediation, the parties remain actively engaged in the discussion of same to date. In light of this recent development, we respectfully request that the status conference, currently scheduled before your honor on October 28, 2025, be adjourned to November 12, 2025, or such other date as might be convenient for the Court.

We thank this Honorable Court for its time and consideration of these matters.

Very truly yours,

MILBER MAKRIS PLOUSADIS
& SEIDEN, LLP

John J. Byrnes

JJB/asc

The October 28 conference is **ADJOURNED** to November 19, 2025 at 11:00 AM in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

**SO ORDERED.**

_____
Ona T. Wang          October 24, 2025
U.S.M.J.

WOODBURY, NEW YORK ■ PURCHASE, NEW YORK

NEW JERSEY ■ CONNECTICUT ■ FLORIDA ■ PENNSYLVANIA