UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

GARGI SHINDE,

        Plaintiff,

        -against-

CHAMBER MUSIC AMERICA, INC., et al.,

        Defendants.

------------------------------------------------------------x

23-cv-2554 (AT) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of parties' joint letter at ECF 128 for a virtual status conference and attorney Zachary Liszka's motion to withdraw at ECF 130.

The motion to withdraw as Plaintiff's counsel is **GRANTED**. Plaintiff Gargi Shindé is *pro se* as of November 17, 2025. As a result, the status conference on November 19, 2025 is **ADJOURNED** to **December 17, 2025 at 10:00 am** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. If Plaintiff is seeking new representation, counsel must file a notice of appearance on the docket in advance of the December 17th Conference. Otherwise, Plaintiff must appear at the December 17th Conference. Parties are to submit a joint proposed agenda on the docket by **December 15, 2025.** Additionally, parties must address in their proposed agenda whether ECF Nos. 119, 120, and 121 have been resolved.

ECF 128 is **DENIED** as moot. ECF 131 is **DENIED** without prejudice. The Clerk of the Court is respectfully requested to close ECF Nos. 128, 130, and 131.

Defendant is direct to serve a copy of this order on Plaintiff and file proof of service on the docket by **November 24, 2025.**

**SO ORDERED.**

Dated: November 17, 2025
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge