**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

GARGI SHINDE,

                   Plaintiff,

                  -against-

CHAMBER MUSIC AMERICA, INC., et al.,

                  Defendants.

-------------------------------------------------------------x

      23-cv-2554 (AT) (OTW)

        **<u>ORDER</u>**

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of Plaintiff Gargi Shindé's motion for a 90-day extension on all discovery deadlines (ECF 134) and Defendants' supporting motion for a 90-day extension (ECF 135). All deadlines are hereby **STAYED** until **January 14, 2026** without prejudice to further extensions.

As such, the in-person status conference on December 17, 2025 is **ADJOURNED to January 13, 2026 at 11:30 AM** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. Parties must submit a joint proposed agenda on the docket by **January 9, 2026.**

Defendant is direct to serve a copy of this order on Plaintiff and file proof of service on the docket by **December 5, 2025.**

The Clerk of the Court is respectfully requested to close ECF Nos. 134, 135.

      **SO ORDERED.**

                                _s/ Ona T. Wang_

Dated: November 25, 2025                 **Ona T. Wang**
      New York, New York          United States Magistrate Judge