**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
:
GARGI SHINDE,                                                :
:
          Plaintiff,                                 :          23-cv-2554 (AT) (OTW)
:
          -against-                                 :          **ORDER**
:
CHAMBER MUSIC AMERICA, INC., et al.,                         :
:
          Defendants.                               :
:
-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of parties' joint letter at ECF 138. As indicated in the letter, ECF Nos. 119, 120, and 121 are **DENIED** as moot in light of the parties' revised discovery requests. Parties should be prepared to discuss a proposed revised case management plan at tomorrow's conference.

The Clerk of the Court is respectfully requested to close ECF Nos. 119, 120, and 121.

**SO ORDERED.**

_s/ Ona T. Wang_

Dated: January 12, 2026                              **Ona T. Wang**
      New York, New York               United States Magistrate Judge