**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                                             :
GARGI SHINDE,                                                :
                                                             :
                    Plaintiff,                               :        23-cv-2554 (AT) (OTW)
                                                             :
        -against-                                            :        **ORDER**
                                                             :
CHAMBER MUSIC AMERICA, INC., et al.,                         :
                                                             :
                    Defendants.                              :
                                                             :
-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of parties' joint letter at ECF 142. The preliminary settlement conference on February 3, 2026, is **ADJOURNED** to **March 3, 2026 at 4:30 PM.** Please call Chambers at 212-805-0260 when all parties are on the line. If Ms. Shinde secures counsel by that date, or is in the process of securing counsel, her counsel is invited to attend the conference.

The clerk of the court is respectfully directed to close ECF 142. Defendant is directed to serve a copy of this order on Plaintiff and file proof of service on the docket by February 6, 2026.

        **SO ORDERED.**

                                                             _s/ Ona T. Wang_____
Dated: February 2, 2026                                          **Ona T. Wang**
        New York, New York                               United States Magistrate Judge