**Federal Pro Se Legal Assistance Project SDNY**
City Bar Justice Center

June 13, 2026

Hon. Ona T. Wang
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: <u>Shinde v. Chamber Music of America, Inc., et al., 23-cv-2554-LJL-OTW</u>

Dear Judge Wang,

City Bar Justice Center represents plaintiff Gargi Shindé for settlement purposes. I am writing along with John Byrnes, counsel for defendants, regarding Your Honor's Order, dated May 27, 2026, scheduling a preliminary settlement conference call on Tuesday, June 30, 2026, at 3:00 p.m. for counsel.[1] In lieu of the June 30, 2026 counsel conference, we respectfully request that the Court hold a settlement conference which includes the parties on either June 22 or the afternoon of June 24, 2026 (with defendant available by phone) or another date convenient to the Court..

Respectfully submitted,

*Susanne Keane*

Susanne Toes Keane
*Federal Pro Se Legal
Assistance Project (SDNY)*
City Bar Justice Center
42 W. 44th Street
New York, NY 10036

---

[1]We note that the Order was not docketed on the above case; it was docketed on another case unrelated to this matter, 23-CV-2554, which is a closed matter in which defense counsel's firm was involved.

(212) 382-6678 • 40 Foley Square, LL 22, New York, NY 10007 • www.citybarjusticecenter.org

122319409.1