

**CITY BAR JUSTICE CENTER**

**Federal Pro Se Legal Assistance Project SDNY**
City Bar Justice Center

June 13, 2026

## MEMO ENDORSED.

Hon. Ona T. Wang
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: Shinde v. Chamber Music of America, Inc., et al., 23-cv-2554-LJL-OTW

Dear Judge Wang,

City Bar Justice Center represents plaintiff Gargi Shindé for settlement purposes. I am writing along with John Byrnes, counsel for defendants, regarding Your Honor's Order, dated May 27, 2026, scheduling a preliminary settlement conference call on Tuesday, June 30, 2026, at 3:00 p.m. for counsel.[1] In lieu of the June 30, 2026 counsel conference, we respectfully request that the Court hold a settlement conference which includes the parties on either June 22 or the afternoon of June 24, 2026 (with defendant available by phone) or another date convenient to the Court..

Respectfully submitted,

*Susanne Keane*

Susanne Toes Keane
*Federal Pro Se Legal Assistance Project (SDNY)*
City Bar Justice Center
42 W. 44th Street
New York, NY 10036

The Preliminary Settlement Conference call on June 30 is **ADJOURNED** *sine die*. The Court will hold an in-person settlement conference on **Thursday, July 23, 2026 at 2:00 PM** in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

Parties are directed to review my individual practices to submit *ex parte* pre-conference submissions.

**SO ORDERED.**

_____
Ona T. Wang                              June 22, 2026
U.S.M.J.

---

[1] We note that the Order was not docketed on the above case; it was docketed on another case unrelated to this matter, 23-CV-2554, which is a closed matter in which defense counsel's firm was involved.