**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

| | | |
|---|---|---|
| GARGI SHINDE,<br><br>Plaintiff,<br><br>-against-<br><br>CHAMBER MUSIC AMERICA, INC., et al.,<br><br>Defendants. | : | 23-CV-2554 (AT) (OTW)<br><br>**ORDER** |

-----------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

By Monday, November 2, 2026, parties are directed to:

1) File a joint status letter after meeting and conferring, telling the Court whether the parties intend to litigate the matter, and providing a status update on discovery; and
2) If necessary, file a proposed revised scheduling order setting forth remaining dates for completion of discovery.

**SO ORDERED.**

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: October 21, 2026
New York, New York