**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

GARGI SHINDE,

Plaintiff,

-against-

CHAMBER MUSIC AMERICA, INC., et al.,

Defendants.

23-CV-2554 (AT) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

By Tuesday, November 24, 2026, parties are directed to file separate letters each identifying: (1) what discovery is already complete, and (2) what discovery remains.

**SO ORDERED.**

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: November 10, 2026
New York, New York